IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARRELL EDWARDS
ADC #118616                                                                                      PLAINTIFF

V.                                        1:10CV00078 SWW/JTR

ARKANSAS DEPARTMENT OF
CORRECTION MEDICAL STAFF, et al.                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Defendant ADC Medical Staff is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE; and (b) Plaintiff shall PROCEED with his inadequate medical care claims against Defendants Baswell and Richardson.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendants Baswell and Richardson. The United States Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them through the Humphries and Lewis law firm, without prepayment of fees and

costs or security therefor.[1]

Dated this 26th day of January 2011.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE

---

[1] If either of the Defendants are no longer CMS employees, the Humphries and Lewis law firm shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.