**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DARRELL EDWARDS                                                                  PLAINTIFF

V.                                  1:10CV00078 SWW/JTR

ASHLEY BAGWELL, RN; and
AMANDA RICHARDSON, LPN,
Arkansas Department of Correction                                          DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's October 17, 2011.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 22nd day of November, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE